[No. 53886-1-I.  Division One.  March 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT K. DOUGLAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01504-7, Steven C. Gonzalez, J., entered February 3, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54041-6-I.  Division One.  March 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL K. STOKES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00671-2, Thomas J. Wynne, J., entered February 26, 2004. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Cox, C.J., and Appelwick, J.

[No. 54129-3-I.  Division One.  March 21, 2005.]

ROGER W. KNIGHT, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-27325-2, Richard A. Jones, J., entered March 25, 2004. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Cox, C.J., and Appelwick, J.

[No. 54367-9-I.  Division One.  March 21, 2005.]

PHYLLIS FLETCHER, *Appellant*, v. MICHAEL BOBRYCKI, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-01285-6, Richard W. Bathum, J. Pro Tem., entered May 4, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox, C.J., and Grosse, J.